UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

QUINCY LEVON JOHNSON,

       Plaintiff,

                                     Case No. 5:05-cv-10

v.

                                     Hon. Wendell A. Miles

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/

## ORDER OF DISMISSAL

An Order to Show Cause (Docket No. 19) having been sent to counsel on February 16, 2006 and the order mailed to plaintiff having been returned by the U.S. Postal Service as undeliverable because plaintiff is no longer at that address and no forwarding order is on file, therefore,

       IT IS HEREBY ORDERED that pursuant to W.D. Mich. LCivR 41.1, this matter against the Commissioner of Social Security is DISMISSED without prejudice for want of prosecution.

Dated: <u>March 14, 2006</u>                               /s/ Wendell A. Miles
                                                          Wendell A. Miles
                                                          Senior U.S. District Judge